IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID BENNETT, | ) | No. C 13-3362 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| UNITED STATES GOVERNMENT, | ) ) | |
| Respondent. | ) ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/4/13

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.13\Bennett362jud.wpd